UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

NATHANIEL PETER KENNISON
#470086,

               Plaintiff,

v.

MUSKEGON COUNTY 60TH DISTRICT
COURT,

               Defendant.

_____/

Case No. 1:26-cv-1689

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for

lack of prosecution and failure to comply with the Court's order.


Dated:    July 7, 2026                    /s/ Paul L. Maloney
                                     Paul L. Maloney
                                     United States District Judge